UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:01-CR-75-GCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ISRAEL DONALD BRISSETT | ) | |

THIS MATTER is before the court on its Motion. The trial in the above captioned case is hereby set for **February 2, 2009, at 10:00 a.m. in Courtroom 3.**

SO ORDERED.

Signed: December 31, 2008

Graham C. Mullen
United States District Judge