UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:01CR75-MU |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| ISRAEL BRISSETT | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment as to defendant **ISRAEL BRISSETT** in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the United States Attorney's Office.

Signed: February 20, 2009

Graham C. Mullen
United States District Judge